# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JUDY GAY HESS,** | ) | |
| Plaintiff | ) | Civil Action No. 1:20cv00064 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | By: PAMELA MEADE SARGENT |
| **Acting Commissioner of Social Security,** | ) ) | United States Magistrate Judge |
| Defendant | ) | |

In accord with the Order entered in this matter today, it is **ADJUDGED AND ORDERED** that judgment is **GRANTED** in favor of the plaintiff **VACATING** the Commissioner's decision denying benefits and **REMANDING** the plaintiff's claim to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

The Clerk is directed to close the case.

ENTER: September 16, 2022.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE